HEATHER E. WILLIAMS, #122664
Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: 559-487-5561/Fax: 559-487-5950

Attorney for Defendant
Michael Holdiman

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  1:15-cr-0071 AWI-BAM |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| vs. | DATE:   December 14, 2015 |
| MICHAEL HOLDIMAN, | TIME:    1:00 p.m. |
| Defendant. | JUDGE: Hon. Barbara A. McAuliffe |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel that the status conference hearing in the above-captioned matter now set for October 26, 2015 may be continued to the December 14, 2015 at 1:00 p.m.

The parties have met several times for case resolution purposes.  The parties believe they will reach a resolution in the near future.  Defense would also request the additional time to complete some ongoing investigation.

The requested continuance is with the intention of conserving time and resources for both parties and the court.  The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation, defense investigation, and plea negotiation purposes pursuant to 18 U.S.C.  §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

|   |   |
|---|---|
|   | Respectfully submitted, |
|   | BENJAMIN B. WAGNER<br>United States Attorney |
| DATED: October 20, 2015   By: | /s/ Kimberly A. Sanchez<br>KIMBERLY A. SANCHEZ<br>Assistant United States Attorney<br>Attorney for Plaintiff |
|   | HEATHER E. WILLIAMS<br>Federal Defender |
| DATED: October 20, 2015   By: | /s/ *Charles J. Lee*<br>CHARLES J. LEE<br>Assistant Federal Defender<br>Attorney for Defendant<br>MICHAEL HOLDIMAN |

## O R D E R

IT IS SO ORDERED that the 2nd Status Conference hearing in the above-captioned matter now set for October 26, 2015 is continued to the December 14, 2015 at 1:00 p.m. before Judge McAuliffe. Time is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

IT IS SO ORDERED.

Dated: **October 20, 2015**            /s/ *Barbara A. McAuliffe*
                                        UNITED STATES MAGISTRATE JUDGE