BENJAMIN B. WAGNER
United States Attorney
KIMBERLY A. SANCHEZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL HOLDIMANN,<br><br>Defendant. | CASE NO. 1:15-CR-00071 LJO<br><br>ORDER ALLOWING DEFENDANT'S APPEARANCE ON STATE OF CALIFORNIA WRIT FOR HABAES CORPUS AD PROSEQUENDUM |

On December 7, 2015, the Honorable Don Penner, a Superior Court Judge for the State of California, County of Fresno, requested that the body of the above-named defendant be produced in Fresno County Superior Court for further proceedings in the case of People v. Michael Holdimann, F15907274. The defendant's appearance before the state court judge is necessary on December 8, 2015 at 8:30 a.m. for a preliminary hearing. The defendant is currently in the custody of the United States Marshal, charged in the above-entitled action, housed at the Lerdo Maximum-Medium Facility. His next appearance before the United States Magistrate Court is scheduled for December 14, 2015 at 1:00 p.m. It appearing that the defendant's presence is needed for a hearing in the state action, and that the next court appearance in the above-entitled case is December 14, 2015 for a status conference:

IT IS HEREBY ORDERED that deputies of the Fresno County Sheriff's Office may produce the defendant in state court on December 8, 2015 for purposes of his presence at the preliminary hearing, but

shall return him to the custody of the United States Marshal Service in the physical custody of Fresno County Jail immediately after the proceeding has concluded on December 8, 2015. The Court further orders that the Fresno County Sheriff's Office or their designated agents can produce the defendant for future state court proceedings with his return immediately thereafter after the U.S. Marshal Service and the Fresno County Sheriff's Office confirms with an Assistant U.S. Attorney that no state court appearance conflicts with any federal court appearance. Under no circumstances is the defendant to be released from the physical custody of the Fresno County Jail other than for the court appearances that are the subject of this Order or scheduled Federal Court Appearances, or upon further order from this court.

IT IS SO ORDERED.

Dated: **December 7, 2015**    /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE