1 | HEATHER E. WILLIAMS, #122664
Federal Defender
2 | CHARLES J. LEE, Bar #221057
Assistant Federal Defender
3 | Designated Counsel for Service
2300 Tulare Street, Suite 330
4 | Fresno, CA  93721-2226
Telephone: 559-487-5561/Fax: 559-487-5950
5
Attorney for Defendant
6 | Michael Holdiman

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 1:15-cr-00071 AWI-BAM |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| vs. | ) | |
| | ) | DATE:  May 23, 2016 |
| MICHAEL HOLDIMAN, | ) | TIME:   1:00 p.m. |
| | ) | JUDGE: Hon. Barbara A. McAuliffe |
| Defendant. | ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel that the status conference hearing in the above-captioned matter now set for February 22, 2016 may be continued to the May 23, 2016 at 1:00 p.m.

As discussed at the last court hearing, Mr. Holdiman has been charged in state court with an incident that occurred in the Fresno County Jail.  Due to there being multiple codefendants and several defense attorneys having to declare conflicts, the case in state court is not yet resolved.  The parties have been working on resolution of the federal case, but would like more information concerning the state manner and its potential consequences to the federal disposition, as well as clarification on Mr. Holdiman's time credits.

The requested continuance is with the intention of conserving time and resources for both parties and the court.  The parties agree that the delay resulting from the continuance shall be

excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation, defense investigation, and plea negotiation purposes pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

DATED: February 16, 2016          By:   /s/ Kimberly A. Sanchez
                                         KIMBERLY A. SANCHEZ
                                         Assistant United States Attorney
                                         Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

DATED: February 16, 2016          By:   /s/ *Charles J. Lee*
                                         CHARLES J. LEE
                                         Assistant Federal Defender
                                         Attorney for Defendant
                                         MICHAEL HOLDIMAN

## **O R D E R**

IT IS SO ORDERED THAT the 3rd Status Conference is continued from February 22, 2016 to May 23, 2016 at 1:00PM before Judge McAuliffe. Time excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).


Dated: **February 17, 2016**                    /s/ *Barbara A. McAuliffe*
                                                UNITED STATES MAGISTRATE JUDGE