HEATHER E. WILLIAMS, #122664
Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: 559-487-5561/Fax: 559-487-5950

Attorney for Defendant
Michael Holdiman

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:15-cr-00071-DAD-BAM |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| vs. | DATE: June 20, 2016 |
| MICHAEL HOLDIMAN, | TIME: 10:00 a.m. |
| Defendant. | JUDGE: Hon. Dale A. Drozd |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel, that the status conference hearing in the above-captioned matter now set for May 23, 2016, at 1:00 p.m., before the Honorable Barbara A. McAuliffe, be continued until June 20, 2016, at 10:00 a.m., before the Honorable Dale A. Drozd.

The parties have reached an agreement in principal to resolve the case. The parties need additional time to finalize the details of the plea agreement, have it reviewed and signed by client, and filed with the court.

The requested continuance is with the intention of conserving time and resources for both parties and the court. The parties agree that the delay resulting from the continuance shall be

/ / /

/ / /

excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation, defense investigation, and plea negotiation purposes pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

Respectfully submitted,

PHILLIP A. TALBERT
Acting United States Attorney

DATED: May 17, 2016    By:   /s/ Kimberly A. Sanchez
KIMBERLY A. SANCHEZ
Assistant United States Attorney
Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

DATED: May 17, 2016    By:   /s/ *Charles J. Lee*
CHARLES J. LEE
Assistant Federal Defender
Attorney for Defendant
MICHAEL HOLDIMAN

# **O R D E R**

The status conference hearing in the above-captioned matter now set for May 23, 2016, before the Honorable Barbara A. McAuliffe is VACATED, and the matter is set for Change of Plea on June 20, 2016, at 10:00 a.m., before the Honorable Dale A. Drozd. The delay resulting from the continuance shall be excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

IT IS SO ORDERED.

Dated:   **May 17, 2016**

UNITED STATES DISTRICT JUDGE