PHILLIP A. TALBERT
Acting United States Attorney
KIMBERLY A. SANCHEZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone:  (559) 497-4000
Facsimile:   (559) 497-4099

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.  1:15-CR-00071-DAD-BAM |
| Plaintiff, | |
| v. | PRELIMINARY ORDER OF FORFEITURE |
| MICHAEL HOLDIMAN, | |
| Defendant. | |

Based upon the plea agreement entered between defendant Michael Holdiman and the United States, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

1.      Pursuant to 18 U.S.C. § 924(d), and 28 U.S.C. § 2461(c), defendant Michael Holdiman's interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

a.   A Colt, caliber .38 revolver and all ammunition seized in this case.

2.      The above-listed asset constitutes property involved in or used in any knowing violation of 18 U.S.C. § 922(g)(1).

3.      Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-listed property.  The aforementioned property shall be seized and held by the Federal Bureau of Investigation in its secure custody and control.

4.      a.      Pursuant to 28 U.S.C. § 2461(c), incorporating 21 U.S.C. § 853(n), and

1    Local Rule 171, the United States shall publish notice of the order of forfeiture.  Notice of this

2    Order and notice of the Attorney General's (or a designee's) intent to dispose of the property in

3    such manner as the Attorney General may direct shall be posted for at least 30 consecutive days

4    on the official internet government forfeiture site www.forfeiture.gov.  The United States may

5    also, to the extent practicable, provide direct written notice to any person known to have alleged

6    an interest in the property that is the subject of the order of forfeiture as a substitute for

7    published notice as to those persons so notified.

8            b.     This notice shall state that any person, other than the defendant, asserting

9    a legal interest in the above-listed property, must file a petition with the Court within sixty (60)

10    days from the first day of publication of the Notice of Forfeiture posted on the official

11    government forfeiture site, or within thirty (30) days from receipt of direct written notice,

12    whichever is earlier.

13        5.     If a petition is timely filed, upon adjudication of all third-party interests, if any,

14    this Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. §

15    2461(c), in which all interests will be addressed.

16        6.     The government, in its discretion, shall conduct discovery, including written

17    discovery, the taking of depositions, and the issuance of subpoenas, in order to identify, locate

18    or dispose of property subject to forfeiture in accordance with Rule 32.2(b)(3) of the Federal

19    Rules of Criminal Procedure.

20    IT IS SO ORDERED.

21    Dated:  __June 29, 2016__               _____

22                       UNITED STATES DISTRICT JUDGE

23

24

25

26

27

28