HEATHER E. WILLIAMS, Bar #122664
Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorneys for Defendant
MICHAEL HOLDIMAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | NO. 1:15-cr-00071-DAD-BAM |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO VACATE STATUS CONFERENCE HEARING; EXHIBITS A and B |
| v. | |
| MICHAEL HOLDIMAN, | DATE:   October 11, 2016<br>TIME:   10:00 a.m.<br>JUDGE:  Hon. Dale A. Drozd |
| Defendants. | |

**IT IS HEREBY STIPULATED** by and between the parties hereto, through their respective counsel, Kimberly A. Sanchez, Counsel for Plaintiff, and Charles J. Lee, Counsel for Defendant Michael Holdiman, that the status conference in the above-captioned matter now set for October 11, 2016, **may be vacated.**

This status conference was scheduled to address Mr. Holdiman's status on his Fresno County case, his Santa Clara violation of probation case, and his status regarding the Delancey Street program. On September 14, 2016, Mr. Holdiman was released on his Fresno County case and ordered to the Delancey Street program (Exhibit A). On September 28, 2016, Mr. Holdiman was released on his Santa Clara County violation of probation case to the Delancey Street program (Exhibit B). On September 29, 2016, two investigators from the Federal Defender's office transported Mr. Holdiman from San Jose to the Delancey Street program in Los Angeles

where he is now residing. The parties had requested the status hearing to address any difficulties of client getting to Delancey Street. Since Mr. Holdiman has been released on his state court matters and is now formally admitted to Delancey Street, the parties ask that the status conference be vacated.

The court has already set a sentencing date of September 24, 2018, and the parties would request that date remain.

Respectfully submitted,

PHILLIP A. TALBERT
Acting United States Attorney

DATED: October 4, 2016          By:  /s/ *Kimberly A. Sanchez*
                                    KIMBERLY A. SANCHEZ
                                    Assistant United States Attorney
                                    Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

DATED: October 4, 2016          By:  /s/ *Charles J. Lee*
                                    CHARLES J. LEE
                                    Assistant Federal Defender
                                    Attorneys for Defendant
                                    MICHAEL HOLDIMAN


**O R D E R**

The status conference as to Michael Holidman currently set for October 11, 2016, is hereby vacated.

IT IS SO ORDERED.

Dated:   **October 4, 2016**                                   _____
                                                               UNITED STATES DISTRICT JUDGE

*U.S. v. Michael Holdiman*
Case No. 1:15-cr-00071 DAD-BAM

# EXHIBIT A



SUPERIOR Court of California, County of Fresno
1100 Van Ness Avenue, Fresno, CA 93724
**MINUTE ORDER**

| The People of the State of California vs. **Michael Anthony Holdiman** | Case Number: **F15907274** |
|---|---|
| AKAs: Michael Holdiman, Michael Holdman, Michael Holidman | |

| Hearing Date: | 9/14/2016 | DOB: | 1/11/1986 |
|---|---|---|---|
| Department: | Department 34 | Sex: | M |
| Heard by: | Don Penner | | |
| | | Booking Number: | |
| Violation Date: | 11/23/2015 | Jail ID Number: | 7050839 |
| Filing Agency: | District Attorney | | |
| Filing Agency Case: | 2015F32988 | | |
| Charging Document: | Formal Complaint | | |

| CNT | OL | CHARGE |
|---|---|---|
| 001 | FEL | PC 243(d) |
| 002 | FEL | PC 245(a)(1) |
| 003 | FEL | PC 32 |

**Hearing: Pre Prelim Results: Heard Start time:**
Location:         Department 34
Judicial Officer: Don Penner
Commissioner:
Clerk:            Dorina Cain
Reporter:         Renee Torres

Private Counsel appearing on behalf of the Defendant. Attorney: G. Herman
Defendant present: Yes

District Attorney appearing on behalf of the People. Deputy District Attorney: C. Monopoli

Motion. Submitting Party: People
Type of Motion: To amend complaint to add count 003 PC 32 - Felony, as this Defendant only by interlineation.
Oral/Written: Oral

Motion Granted.

Withdraw plea. Defendant's motion to withdraw plea granted.
Plea: Not Guilty
Count(s): 003

**Nolo Contendre plea entered as to count 003. Accessory After Fact/Knowledge Of Crime.**

As to count 003. Accessory After Fact/Knowledge Of Crime, the following disposition is entered: Pled Nolo Contendere.

Change of plea form signed and filed. The change of plea form is signed and filed in open court. Court accepts the plea and finds it was made knowingly, intelligently and voluntarily and that the plea is supported by a factual basis (People v West)

Defendant advised of rights in open court.

Fingerprint card Filed.

Text:. Defendant signed incorrect Change of Plea form, Court advises Defendant of PC 1170(h), as fully stated on the record.

Matter is Referred to the Probation Office. Type of Report: Report and Recommendation.

Text:. Defendant waives his right to an interview, will be at Delancey Street in-patient program.

The remaining counts and allegations have been dismissed. Reserving the right to comment and request restitution as to this Defendant only.

As to count 001. Battery With Serious Bodily Injury, the following disposition is entered: Dismissal - Before Trial (N- Plea Negotiation). Plea negotiation, motion of people

As to count 002. Assault W/Deadly Weapon Other Than Firearm, the following disposition is entered: Dismissal - Before Trial (N- Plea Negotiation). Plea negotiation, motion of people

Defendant waives statutory time for sentencing.

**Sentencing - Report and Sentencing set on Wednesday, January 18, 2017 at 1:30 PM in Dept. 34.**

Defendant ordered to be present at next hearing.

Defendant Released on Own Recognizance.

Minutes of Clerk Entered By. Data Entry: J. Mora

*U.S. v. Michael Holdiman*
Case No. 1:15-cr-00071 DAD-BAM

**EXHIBIT B**

```
  4   SUPERIOR COURT                                                CASE NO. F1140842
      190 W. HEDDING STREET                              TC:_  CEN           1105448S
      SAN JOSE, CA 95110                    DATE     09/28/2016  8:30 ADEPT. 42
PEOPLE VS.  MICHAEL ANTHONY HOLDIMAN                    01/11/1986 CAD5514760   CDY BK:Y
L.K.A.      6483 BAGUIO CT                   CLERK     K. LIKENS              DUL884 M
            SAN JOSE, CA 95118               HEARING   HEARING-PROBATION VIOLATION
JUDGE       HON. DAVID A. CENA         DV:   AGENCY    MH-04310-E8924-ESPEJO
REPORTER    K. KEAY                    CHILD: STATUS   I-SET -NBA              TW   N
DEF. ATTY.  PUBLIC DEFENDER (P)   D.A. M. ZARZANA      APO M. VOORHES          SUPO:P422
CHARGES     F(001)HS11360(A)                                                 VIOLATION DATE
                                                                             11/25/2011
```

**NEXT APPEARANCE** _____

- ☐ Defendant Present ☐ Not Present      ☑ Atty Present ____K DAVIS____ AD / ☑PD / IDO / Special App
- ☑ Arr'd ☐ Adv ☐ Arr Wav ☐ Amend Comp/Info  ☐ Arr ☐ Plea ☐ IDC ☐ PTC ☐ Prob / Sent ☐ Interpreter ____ ☐ Sworn
- ☐ PC977 ☐ Filed ☐ On File ☐ Reptr.Adv / Wav  ☐ Bail/ OR/ SORP ☐ Rect Dr Rpt ☐ FAR/ ERC  ☐ Bail Apply ☐ Balance Exonerated
- ☐ NG ☐ Entered by CRT ☐ NGBRI / Adv   ☐ PSet ☐ Prelim ☐ Readiness ☐ S / B MTC   ☐ Bail Exonerated ☐ Forfeited   Bond # ____
- ☐ Denies Priors/ Allegations/ Enhancements/Refusal  ☐ Further ☐ Jury ☐ CT ☐ Peo / Def Wav Jury  ☐ Reassumption Filed ☐ Forfeiture Set Aside ☐ Bail Rein
- ☐ TW ☐ TNW ☐ TW/WD ☐ TW Sentence   ☐ Ref'd ____  ☐ $ ____ Costs Within 30 Days to Court
- ☐ Ref / Appt PD / ADO / IDO ☐ Con Decl ☐ Adm A / F   ☐ APO / DADS/ Prop 36 ☐ P36 Re-Assm't  SORP / OR ☐ Revoked ☐ Reinstated ☐ May Post & Forfeit
- ☐ _____ Relieved _____ Appl'd    ☐ Crim Proc Susp ☐ Rein ☐ Status Hrg   ☐ BW Ordered $ ____ ☐ Stayed ☐ To Issue
- ☐ Hrg on Motion _____         ☐ Doubt Decl Pursuant PC 1368   ☐ No Cite Release/SCIT ☐ No Request ☐ Cash Only
- ☐ Granted ☐ Denied ☐ Submitted ☐ Off Cal   ☐ Subm on Report ☐ Found _____    ☐ BW Set Aside ☐ Recalled ☐ Filed ☐ Remain Out ☐ NWF
- ☐ Stip to Comm ☐ Drs. Appointed _____   ☐ Max Term ____ ☐ Committed ____  ☐ Proof of _____
- ☐ Prelim Wav ☐ Certified to General Jurisdiction  ☐ MDA / COM Amended to _____   *balance of 2 yrs suspended*
- ☐ Amended to ☐ (M) VC12500(a) / VC23103(a) ☐ Pur VC23103.5 ☐ DA Stmt Filed ____  *(494 days) △ to*  ☐ PROP. 47
- **PLEA Conditions:** ☐ None ☐ No State Prison ☐ PC17 after 1 Yr Prob ☐ Includes VOP ____  *complete 494 days on MS*
- ☐ Jail / Prison Term of _____   ☐ Add to Cal ☐ Vacate pending date
- ☐ Dismissal / Striking _____    ☐ Subm time of Sent ☐ Harvey Slip _____
- ☐ Adv Max Pen / Parole / Prob / Immig / Appeal ☐ Reg HS11590/PC290/PC457.1/PC186.30 ☐ FSF ☐ Fines/Fees ☐ PC29800/29805/30305/666/VC14607.8
- ☐ Wav Right to ☐ Counsel ☐ Court / Jury Trial ☐ Subpoena / Confront / Examine Witnesses ☐ Self-incrimination ☐ Written Waiver filed ☐ Plea / Absentia filed
- ☐ COP ☐ **GUILTY** ☐ **NOLO CONTENDERE** to charges & admits enhancements / allegations / priors ☐ PC17 ☐ Arbuckle ☐ Factual Basis found ☐ Findings stated
- ☐ Prop 36 Granted / Unamenable / Refused / Term ☐ DEJ Eligibility Filed ☐ DEJ Granted / Rein / Term Fee $____  ☐ Guilty Plea Rendered
- ☐ Waives Referral ☐ APO Full Rpt ☐ CR110 issued  **Fines/Fees Pay to:** ☐ DOR ☐ Traffic ☐ Court ☐ Today ☐ Audit # ____
- ☐ Sent Suspended _____ ☐ **PROBATION DENIED**   COUNT ___ $____ + PA $____ ☐ Purs HS11350d
- **PROBATION** ☐ Execution ☐ Imposition of sentence suspended for probation period  COUNT ___ $____ + PA $____ ☐ PC290.3
- ☐ **COURT** ☐ **FORMAL PROBATION GRANTED** for ____ Days / Mos / Yrs  AIDS / CPP $____ + PA $____ SORP ____
- ☐ Report to APO within ____ Days ☐ Terminated ☐ Upon Release  DPF  $____ + PA $____ EMAT $ ____
- ☐ Perform ____ Hrs Volunteer Work as directed PO / SAP ☐ in lieu of fine/Jail  LAB  $____ + PA $____
- ☐ Not drive w/o valid DL & Ins ☐ Adv VC23600 ☐ HTO ☐ Re-refer  DRF /RF  $____ Add'l RF $____ Susp'd PC1202.44/45
- ☐ MOP ☐ FOP ☐ 12 hrs ☐ 3 mos ☐ 9 mos  Enroll within ____ days   AEF  $____ Original Fine $ ____
- ☐ DL Susp/ Restr'd/ Rvk'd for ____ ☐ IID Not Ordered/ Rmv'd Term ____ Yrs  SECA/COPA $____ CTS PC2900.5 $ ____
- ☐ No contact with victim or family / co-defts unless appr by APO ☐ PC1202.05  ICMF $____ **TOTAL DUE** $ ____
- ☐ DVPO issued / mod /term'd Exp _____ ☐ Victim Present  ICIN $____ Payments Granted / Modified
- ☐ No Contact ☐ Peaceful Contact ☐ DSA thru APO / DOR / CRT ☐ Filed  AR $____ $____ / Mo beginning ____
- ☐ Not own/possess deadly weapons ☐ Destroy/return weapon ____  SHELTER $____ FINE STAYED ____
- ☐ Stay away from _____  DV $____ Committed @ $____/day ☐ May Pay Out
- ☐ Submit Search/Testing ☐ Educ/Voc Trng/Empl ☐ No alcohol / drugs or where sold  ATTY $____ Consec/Conc to ____
- ☐ Substance Abuse, Psych, Theft, Anger Mgmt, DV, Parenting cnsl / prgm  ASF$25/CPF$10 $____ Fine / Fees ☐ Deemed Satisfied ☐ Commuted
- ☐ PC296 (DNA) ☐ PC1202.1 HIV Test / Education  P/INVEST $____ ☐ P/SUP $____ /Mo ☐ Waived
- ☑ **VOP:** ☐ Wav ☐ Arr'd ____ ☑ Admits/Denies Viol ☐ Court Finds VOP / No VOP  CJAF $129.75/$259.50 $____ ☐ Add'l Fees Waived
- Prob Rein / Mod / Term'd / Revoked / Remains Revoked / Ext to _____  ☐ SFCA, ICMF, ICIN, CJAF, PINVEST, PSUP FEES NOT COND. OF PROB
- ☑ Original Terms & Conditions Except ~~as Amended Herein~~   ☐ Restit ☐ Gen $ ____ to ____
- ☐ Co-terminous with _____ ☐ No Further Penalties / Reviews   ☐ As determined by APO/Court ☐ Referred to VWAC ☐ Collect Civilly
- Other: ☑ *△ HAS SAME TERMS AND CONDITIONS ORDERED FOR MS THAT WAS ORDERED FOR PROB.*
- **JAIL/PRISON** ☐ See Attachm't Pg ☐ CDCR/Parole collect restit from Def's earnings ☐ Blended Sentence   **County Jail**

| Count | F/M | Violation | Prison Term / Yrs | Enhancement / Priors | Yrs / Styd / Strkn | HRS / DAYS / MOS |
|---|---|---|---|---|---|---|
| 1. | F | HS 11360(a) | (L) 2 yrs | | | |
| | | | PRGRDM | | | (9-29-16) |
| ↓ * ADDITIONALLY △ TO COMPLETE DELANCEY STREET Report to APU to Officer M. Voorhes tomorrow by 9AM | | | | | | |

| Enhancement | Yrs/S | Enhancement | Yrs/S | Enhancement | Yrs/S | Enhancement | Yrs/S | Enhancement | Yrs/S | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 118 | | | | | | | | | | |

- CTS = ~~WWW~~ ACT + 118 ☑ 4019 ☐ ½ ☐ ⅓ ☐ PC2933.1 _236_ Total  Total term _2 yrs_ GDCR / PC 1170h
- ☑ Straight time ☐ In Camp ☐ WWP ☐ PC1209 Fees ☑ Waived ☐ Court Rec ____ All / Except ☐ EMP/PSP/ERP/DRP/Co Parole/NP ____
- ☐ Sent Deemed Srv'd ☑ Rpt to Parole/Prob w/in 24 hrs ☑ Adv/ORD _494 days_ Yrs/Mos Parole/MS/PRCS/Appeal ☐ Consec ☐ Conc to ____
- ☐ Bail CJ Susp ☐ All but _494_ Hrs/Days/Mos ☑ On Cond Complete Residential Treatment Prgm ☐ Serve Consec MO/TU/WE/TH/FR/SA/SU
- ☐ Pre-process ____ AM/PM ☐ Stay / Surrender / Transport to _____ @ ____ AM/PM or Sooner
- ☐ REMANDED-BAIL $____ ☐ REMAIN AS SET ☐ NO BAIL ☐ COMMITTED ☑ RELEASED ☐ OR ☐ SORP ☐ JAC PHONE ASSM'T ☐ P36
- ☐ AS COND OF SORP ☐ BAIL INCREASED / REDUCED ☐ TO PRGM AS REC BY JAC DOC TO ARRANGE TRANSPORT UPON AVAIL BED