HEATHER E. WILLIAMS, #122664
Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: 559-487-5561/Fax: 559-487-5950

Attorney for Defendant
Michael Holdiman

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>MICHAEL HOLDIMAN,<br><br>            Defendant. | Case No. 1:15-cr-00071-DAD-BAM<br><br>STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING<br><br>DATE: October 1, 2018<br>TIME: 10:00 a.m.<br>JUDGE: Hon. Dale A. Drozd |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel, that the sentencing hearing in the above-captioned matter now set for September 24, 2018, at 10:00 a.m., before the Honorable Dale A. Drozd, be continued until October 1, 2018.

The defense is requesting the additional time in order to allow Mr. Holdiman to complete his two-year commitment at the Delancey Street Foundation in Los Angeles. Defense counsel spoke with the program and was informed Mr. Holdiman is scheduled to "graduate" from the program on September 29, 2018. The government has no objection to the requested date.

As Mr. Holdiman has already entered a guilty plea, no exclusion of time is necessary under the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

Respectfully submitted,

McGREGOR SCOTT
United States Attorney

DATED: July 17, 2018          By:    /s/ *Kimberly A. Sanchez*
                                     KIMBERLY A. SANCHEZ
                                     Assistant United States Attorney
                                     Attorney for Plaintiff


                                     HEATHER E. WILLIAMS
                                     Federal Defender

DATED: July 17, 2018          By:    /s/ *Charles J. Lee*
                                     CHARLES J. LEE
                                     Assistant Federal Defender
                                     Attorneys for Defendant
                                     MICHAEL HOLDIMAN



## O R D E R

The court has reviewed and considered the stipulation of the parties to continue the sentencing in this case. Good cause appearing, the sentencing hearing as to the above-named defendant currently scheduled for September 24, 2018, is continued until **October 1, 2018,** at 10:00 a.m. in courtroom 5 before District Judge Dale A. Drozd.

IT IS SO ORDERED.

   Dated:   **July 17, 2018**                   _____
                                                UNITED STATES DISTRICT JUDGE